No. 10–5880.  COSTA *v.* MISSOURI, *ante,* p. 983;
No. 10–5901.  WILLIAMS *v.* FREE ET AL., *ante,* p. 983; and
No. 10–6003.  DAVIS *v.* UNITED STATES, *ante,* p. 943.  Petitions for rehearing denied.

No. 09–1433.  SCHAGHTICOKE TRIBAL NATION *v.* SALAZAR, SECRETARY OF THE INTERIOR, ET AL., *ante,* p. 947;
No. 09–10706.  SAMUEL *v.* BELLEVUE HOSPITAL CENTER, *ante,* p. 950; and
No. 09–10738.  DICKERSON *v.* UNITED WAY OF NEW YORK CITY, *ante,* p. 950.  Petitions for rehearing denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 10–80.  WEISS *v.* ASSICURAZIONI GENERALI, S. P. A., ET AL., *ante,* p. 952.  Petition for rehearing denied.  JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–5349.  SPENCER *v.* UNITED PARCEL SERVICE, INC., *ante,* p. 954.  Petition for rehearing denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

DECEMBER 6, 2010

No. 10–6751.  JACOBS *v.* WISCONSIN.  Ct. App. Wis.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10–6765.  WILLIAMS *v.* CLINE ET AL.  C. A. 8th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. D–2522.  IN RE DISCIPLINE OF CALLIHAN.  It having been reported that Herbert Aldon Callihan, Jr., of Bethesda, Md., has died, the rule to show cause, issued on October 4, 2010 [*ante,* p. 811], is discharged.

No. 10M42.  WANZER *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL.;
No. 10M43.  WANZER *v.* HERNANDEZ ET AL.;